## SUPPLEMENTAL SETTLEMENT AGREEMENT AND RELEASE

This is a supplement to the Settlement Agreement and Release previously entered into by and between Jason McFadden ("McFadden" or "Plaintiff"), on the one hand, and Radegast Hall LLC (the "Company") and Ivan Kohut ("Kohut") (collectively, the "Defendants"), on the other hand on or about the second week in September 2018 (the "Original Agreement").

WHEREAS, all other terms in the Original Agreement, except as provided below, remain true and correct;

WHEREAS, on September 21, 2018, the honorable Judge Pollak encouraged the parties to have a mutual non-disparagement clause, as opposed to the previously written one-way non-disparagement clause that prohibited Plaintiff from disparaging Defendants.

NOW, THEREFORE, with the intent to be legally bound, and for good and valuable consideration, the sufficiency and receipt of which the Parties acknowledge, the Parties agree as follows:

1. **Paragraph 8 in the Original Agreement shall be revised as follows:**

**Mutual Non-Disparagement:** Jason McFadden agrees that he will not make, or cause to be made, any critical, derogatory, disparaging, defamatory or untruthful statements about the Defendants, the Releasees, their family members, or any of the Releasees (as defined in Paragraph "3" of the Original Agreement), whether by electronic, written or oral means, to any of Defendants' past, present or future customers, competitors, employees, or to any other person (including, but not limited to, their employers, the press or other media).

Ivan Kohut agrees that he will not make, or cause to be made, any critical, derogatory, disparaging, defamatory or untruthful statements about Plaintiff, whether by electronic, written or oral means, to any of Plaintiff's past, present or future employers, or to any other person (including, but not limited to, their employers, the press or other media).

BY SIGNING THIS AGREEMENT, PLAINTIFF ACKNOWLEDGES THAT HE HAS CAREFULLY READ THIS AGREEMENT, UNDERSTANDS IT, AND IS VOLUNTARILY ENTERING INTO IT OF HIS OWN FREE WILL, WITHOUT DURESS OR COERCION, AFTER DUE CONSIDERATION OF ITS TERMS AND CONDITIONS. PLAINTIFF IS ALSO ADVISED TO SPEAK WITH AN ATTORNEY BEFORE SIGNING THIS AGREEMENT.

**AGREED:**

By: Jason McFadden
Date: 9/28/18

Radegast Hall LLC
By: Ivan Kohut
Date: 10/03/18